UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

# FILED

APR 0 5 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:18-MJ-67 |
| v. | ) | **JUDGE CORKER** |
| | ) | |
| MARVIN ORIEL MARROQUIN-LOPEZ | ) | |

## CRIMINAL COMPLAINT

I, Theodore Francisco, the complainant in this case, state that the following is true to the best of my knowledge and belief:

## COUNT ONE
### (Failure to Depart Following Final Order of Removal, 8 U.S.C. § 1253(a)(1)(A))

The United States charges that on or about April 5, 2018, within the Eastern District of Tennessee and elsewhere, the defendant, MARVIN ORIEL MARROQUIN- LOPEZ, an alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in 8 U.S.C. § 1227(a), willfully failed or refused to depart from the United States within a period of 90 days from the date of the final order of removal under administrative process or within a period of 90 days from the final order of a court, in violation of 8 U.S.C. § 1253(a)(1)(A).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Theodore Francisco, am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, and, being duly sworn, state that the following information is true to the best of my knowledge, information, and belief and is based upon my

1

personal knowledge and upon information provided to me by other law enforcement officers:

(1)     On April 5, 2018, I, along with Internal Revenue Service, Criminal Investigation Division, (IRS-CID) Homeland Security Investigations (HSI), and Tennessee Highway Patrol, Criminal Investigation Division (THP-CID) conducted a federal search warrant at the business location of Southeastern Provisions, located at 1617 Helton Road Bean Station, TN, which is located in the Eastern District of Tennessee.

(2)     Prior to the execution of the search warrant, officers involved in the investigation received reliable information that Southeastern Provisions was employing illegal aliens. During the search, agents encountered numerous persons who were unable to speak English and/or couldn't provide authentic identification documents, including the defendant named in this complaint. Agents photographed and fingerprinted the defendant.

(3)     Agents also queried relevant government databases to ascertain the defendant's legal status. Those queries revealed that the defendant is a citizen of Guatemala and is present in the United States illegally. Government records also revealed that the defendant had previously been ordered to depart from the United States on June 9, 2015 by reason of being an inadmissible alien as described in 8 U.S.C. § 1227(a).

(4)     Law enforcement interviewed the defendant. During the interview, the defendant admitted to failing to depart notwithstanding the lawful order that he do so.

Special Agent Theodore Francisco
Department of Homeland Security – HSI

Sworn to before me and signed in my presence on April 5, 2018.

2

CLIFTON L. CORKER
UNITED STATES MAGISTRATE JUDGE

Case 2:18-mj-00067-MCLC   Document 1   Filed 04/05/18   Page 3 of 3   PageID #: 3